Elliot Gale (Bar #263326)
egale@gajplaw.com
Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorneys for Plaintiff
Suzanne Massey

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE MASSEY<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>Defendant. | Case No.: 1:20-cv-01451-AWI-JLT<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT CAPITAL ONE BANK (USA), N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Suzanne Massey and defendant Capital One Bank (USA), N.A. have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Capital One Bank (USA), N.A. within 3 days once the settlement is finalized.

Dated: November 3, 2020

**Gale, Angelo, Johnson, & Pruett, P.C.**

/s/ *Joe Angelo*
Joe Angelo
Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1