UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SUZANNE MASSEY,** | **Case No. 1:20-cv-01451 AWI JLT** |
| **Plaintiff,** | **ORDER CLOSING THE ACTION** |
| **v.** | (Doc. 6) |
| **CAPITAL ONE BANK USA, N.A.,** | |
| **Defendant.** | |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(1).  (Doc. 6) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   __November 4, 2020__          _____/s/ Jennifer L. Thurston_
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28